IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CR. NO. 3:07mj30-WC |
| ) | |
| ALEXIS RAMON HERRERA-FLORES ) | |

## GOVERNMENT'S MOTION FOR DETENTION HEARING

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and pursuant to 18 U.S.C. 3142(e) and (f) moves for a detention hearing for the above-captioned defendant.

1. **Eligibility of Cases**

   This case is eligible for a detention order because this case involves:

   _____   Crime of violence (18 U.S.C. 3156)

   _____   Maximum sentence of life imprisonment or death

   _____   10 + year drug offense

   _____   Felony, with two prior convictions in the above categories

   __X__   Serious risk the defendant will flee

   _____   Serious risk of obstruction of justice

   _____   Felony involving a minor victim

   _____   Felony involving possession possession or use of a firearm or other destructive device (as defined by 18 U.S.C. 921) or any other dangerous weapon

   _____   Failure to register a sex offender (18 U.S.C 2250)

2. Reason For Detention

   The Court should detain defendant because there are no conditions of release which will reasonably assure:

|  __X__  | Defendant's appearance as required |
|---|---|
| _____ | Safety of any other person and the community |

3. <u>Rebuttable Presumption</u>

The United States will invoke the rebuttable presumption against defendant under Section 3142(e). The presumption applies because:

| _____ | Probable cause to believe defendant committed 10 + year drug offense or an offense in which a firearm was used or carried under Section 924(c) |
|---|---|
| _____ | Previous conviction for "eligible" offense committed while on pretrial bond |
| _____ | A period of five years has not elapsed from defendant's conviction or release from imprisonment for the offense described above |

4. <u>Time For Detention Hearing</u>

The United States requests the Court conduct the detention hearing:

| _____ | At the initial appearance |
|---|---|
| __X__ | After continuance of 3 days |

The Government requests leave of Court to file a supplemental motion with additional grounds or presumption for detention should this be necessary.

Respectfully submitted this the 16th day of March, 2007.

LEURA G. CANARY
United States Attorney

/s/ Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
Post Office Box 197
Montgomery, AL 36101-0197
334.223.7280
334.223.7135 fax
susan.redmond@usdoj.gov