IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

FILED
APR - 4 2007
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. **3:07-CR-80-WHA** |
| ) | [8 USC § 1326(a); |
| ALEXIS RAMON HERRERA-FLORES ) | 8 USC § 1326(b)(1) |
| a/k/a CARLOS RAMIREZ HERRERA ) | 18 USC § 1001(a)(2)] |
| a/k/a CARLOS RAMIRE HERRERA ) | |
| a/k/a RAMON ALEXIS HERRERA-FLORES ) | |
| a/k/a RAMON ALEXIA HERRERA-FLORES ) | |
| a/k/a RAMON ALEXI HERRERA-FLORES ) | |
| a/k/a RAMON HERNANDEZ MUNOZ ) | |
| a/k/a RAMON HERNANDEZ ) | |
| a/k/a FLOREZ RAMON HERRERA ) | |
| ) | INDICTMENT |
| ) | |

The Grand Jury charges:

## COUNT 1

On or about the 7th day of September, 2006, in Lee County, Alabama, in the Middle District of Alabama,

ALEXIS RAMON HERRERA-FLORES,
a/k/a CARLOS RAMIREZ HERRERA
a/k/a CARLOS RAMIRE HERRERA
a/k/a RAMON ALEXIS HERRERA-FLORES
a/k/a RAMON ALEXIA HERRERA-FLORES
a/k/a RAMON ALEXI HERRERA-FLORES
a/k/a RAMON HERNANDEZ MUNOZ
a/k/a RAMON HERNANDEZ
a/k/a FLOREZ RAMON HERRERA

defendant herein, being an alien, was found in the United States after having been deported, subsequent to a conviction for commission of a felony, to-wit:

- Re-entry of a Deported Alien, Case No. 1:00cr108, in the United States District Court for the Western District of Michigan, on June 15, 2000,

- Larceny in a Building, Case No. 00-5979-FH, in the 28th Circuit Court of Wexford Co., Michigan, on April 26, 2000

without obtaining the permission of the Secretary of Homeland Security or the Attorney General of the United States, in violation of Title 8, United States Code, Sections 1326(a) and 1326(b)(1).

## COUNT II

On or about the 8th day of September, 2006, in Lee County, Alabama, in the Middle District of Alabama,

ALEXIS RAMON HERRERA-FLORES,
a/k/a CARLOS RAMIREZ HERRERA
a/k/a CARLOS RAMIRE HERRERA
a/k/a RAMON ALEXIS HERRERA-FLORES
a/k/a RAMON ALEXIA HERRERA-FLORES
a/k/a RAMON ALEXI HERRERA-FLORES
a/k/a RAMON HERNANDEZ MUNOZ
a/k/a RAMON HERNANDEZ
a/k/a FLOREZ RAMON HERRERA

defendant herein, in a matter within the jurisdiction of the executive branch of the Government of the United States, did knowingly and willfully make materially false, fictitious and fraudulent statements and representations, in violation of Title 18, United States Code, Section 1001(a)(2).

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
UNITED STATES ATTORNEY

_____
NATHAN D. STUMP
Assistant United States Attorney