IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES O F AMERICA ) | |
| ) | |
| vs. ) | CR NO.   3:07CR-80-WHA |
| ) | |
| ALEXIS RAMON HERRERA-FLORES ) | |

## ORDER TO PRODUCE PRISONER
## FOR ARRAIGNMENT

TO:   The United States Marshal and his Deputies:

ARRAIGNMENT is hereby set for **April 18, 2007** in the above-styled cause.

You are **DIRECTED** to produce the following named prisoner:

**ALEXIS RAMON HERRERA-FLORES**

before the United States District Court at Montgomery, Alabama in **Courtroom 4-B** on the 18TH day of **April 2007** at **10:30 o'clock a. m.**

DONE this 5th day of April, 2007.

CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE

By: _____
Deputy Clerk

cc:   U.S. Attorney
      U.S. Pretrial Services
      U.S. Probation
      Federal Defenders