IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Case No.: 3:07-cr-80-WHA |
| ) | |
| **ALEXIS RAMON HERRERA-FLORES** ) | |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Christine A. Freeman, and enters her appearance on behalf of the Defendant, **ALEXIS RAMON HERRERA-FLORES**, in the above-styled case.

Dated this 16th day of April, 2007.

Respectfully submitted,

s/Christine A. Freeman
CHRISTINE A. FREEMAN
TN BAR NO.: 11892
Attorney for Alexis Ramon Herrera-Flores
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

     I hereby certify that on April 16, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Nathan D. Stump, Esquire, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

                                          **s/Christine A. Freeman**
                                          **CHRISTINE A. FREEMAN**
                                          **TN BAR NO.: 11892**
                                          Attorney for Alexis Ramon Herrera-Flores
                                          Federal Defenders
                                          Middle District of Alabama
                                          201 Monroe Street , Suite 407
                                          Montgomery, AL 36104
                                          TEL:  (334) 834-2099
                                          FAX:  (334) 834-0353
                                          E-Mail: Christine_Freeman@fd.org