IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case No.: 3:07-cr-80-WHA |
| ) | |
| ALEXIS RAMON HERRERA-FLORES ) | |

## UNOPPOSED MOTION TO CONTINUE ARRAIGNMENT

**COMES NOW** the Defendant, by undersigned counsel, and respectfully moves to continue this Arraignment, now scheduled for April 18, 2007.

In support of this Motion, the Defendant would show:

1. Defense counsel relies on the grounds stated in the Motion for Mental Competency Examination (Doc. 14), filed simultaneously with this Motion.

2. Because Defense counsel has substantial doubt as to this Defendant's competence to stand trial, defense counsel respectfully requests that this Arraignment be continued until the Defendant may be examined and the question of his competence to stand trial is resolved.

3. Undersigned counsel has communicated this Motion to the United States. While the government has no knowledge of the Defendant's competence and is not taking a position on that matter, the government does not oppose this Motion.

WHEREFORE, Defendant requests that this Motion be granted.

Respectfully submitted,

**MOTION GRANTED**

THIS 17th DAY OF April, 2007

/s/ signature
UNITED STATES MAGISTRATE JUDGE

s/Christine A. Freeman
CHRISTINE A. FREEMAN