IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.      ) | CR. NO. 3:07cr80-WHA |
| ) | |
| ALEXIS RAMON HERRERA-FLORES ) | |

**ORDER**

Upon consideration of the psychiatric report (Doc. # 20) filed under seal on July 19, 2007, and for good cause, it is

ORDERED that a telephone status conference concerning the report is scheduled for 3:30 p.m. on July 26, 2007. Counsel for the defendant is DIRECTED to set up the conference call.

DONE, this 19th day of July, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE