# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V.                                                    ) | CASE NO: 3:07-cr-80-WHA |
| ) | |
| ALEXIS RAMON HERRERA-FLORES ) | |

### UNOPPOSED MOTION TO RESCHEDULE CONFERENCE CALL

Comes now the Defendant, by undersigned counsel, and respectfully requests this Court to enter an order rescheduling the conference call, presently set for July 26 at 3:30 p.m.

As grounds for this Motion, counsel would show:

1. Counsel for the government is unavailable, due to a family emergency;

2. Counsel for both parties have engaged in brief, preliminary discussion and may have a joint proposal to make to the Court, which would, if acceptable to the Court, resolve the question of a competency hearing or further orders.

3. Counsel request that this matter be reset for the morning or early afternoon of Tuesday, July 31, 2007; however, both counsel have conflicting court appearances already scheduled for 2:30 p.m.

4. Government counsel does not oppose this motion.

Respectfully submitted,

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Alexis Ramon Herrera-Flores
Federal Defenders
Middle District of Alabama

        201 Monroe Street , Suite 407
        Montgomery, AL 36104
        TEL:  (334) 834-2099
        FAX:  (334) 834-0353
        E-Mail: Christine_Freeman@fd.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 26, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Nathan D. Stump, Esquire, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

        **s/Christine A. Freeman**
        **CHRISTINE A. FREEMAN**
        **TN BAR NO.: 11892**
        Attorney for Alexis Ramon Herrera-Flores
        Federal Defenders
        Middle District of Alabama
        201 Monroe Street , Suite 407
        Montgomery, AL 36104
        TEL:  (334) 834-2099
        FAX:  (334) 834-0353
        E-Mail: Christine_Freeman@fd.org