IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:07cr80-WHA |
| | ) | |
| ALEXIS RAMON HERRERA-FLORES | ) | |

**ORDER**

Upon consideration of defendant's unopposed motion to reschedule conference call (Doc. # 22), filed July 26, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.  The telephone status conference is continued from July 26, 2007 to **4:00 p.m. on July 31, 2007.**  Counsel for the defendant is DIRECTED to set up the telephone conference call.

DONE, this 31st day of July, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE