IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V.   ) | CASE NO: 3:07-cr-80-WHA |
| ) | |
| ALEXIS RAMON HERRERA-FLORES ) | |

## MOTION TO WITHDRAW COUNSEL

**COMES NOW** the undersigned counsel, Jennifer A. Hart, and files this Motion to Withdraw as Counsel of Record in this matter. In support of this Motion, counsel states the following:

Undersigned counsel will no longer be employed as an Assistant Federal Defender as of November 2, 2007. Christine A. Freeman, Federal Defender, has already entered an appearance in this matter on behalf of the Defendant.

Dated this 1st day of November, 2007.

Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189

**MOTION GRANTED**

THIS 2nd DAY OF November, 2007

_____
UNITED STATES MAGISTRATE JUDGE