IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:07cr80-WHA |
| | ) | |
| ALEXIS RAMON HERRERA-FLORES | ) | |

## **ORDER**

Defendant, ALEXIS RAMON HERRERA-FLORES, has not been arraigned on the pending indictment. Accordingly, it is

ORDERED that arraignment for this defendant be and is hereby set for March 26, 2008 at 10:30 a.m. in Courtroom 5A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The Clerk is DIRECTED to provide an interpreter for this proceeding. If the defendant is in custody, the United States Marshall or the person having custody of the defendant shall produce the defendant for this proceeding.

Done, this 25th day of March, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE