IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO: 3:07cr80-WHA |
| | ) | |
| | ) | |
| ALEXIS RAMON HERRERA-FLORES | ) | |

## **ORDER**

On March 25 2008, a status conference was held in this case.

For good cause,

It is ORDERED that the arraignment currently scheduled for March 26, 2008 at 10:30 a.m. is cancelled.

DONE this 25th day of March, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE