IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | Case No.: 3:07-cr-80-WHA |
| ) | |
| ALEXIS RAMON HERRERA-FLORES ) | |

### NOTICE OF INTENT TO CHANGE PLEA

COMES NOW the Defendant, **Alexis Herrera-Flores**, by and through undersigned counsel, and notifies the Court of his intent to change his previously entered plea of not guilty to guilty. Defendant waives his right to plea in front of a district judge and consents to do so before a magistrate judge.

This plea is based on a plea agreement pursuant to Rule 11(c)(1)( C), Federal Rules of Criminal Procedure. An interpreter is required. Defendant requests that this plea be set at the same time as his arraignment on this Indictment. Due to defense counsel's schedule, counsel requests that the plea not be scheduled for April 2 - 4.

Respectfully submitted,

<u>s/Christine A. Freeman</u>
CHRISTINE A. FREEMAN
TN BAR NO.: 11892
Attorney for Alexis Herrera-Flores
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Nathan Stump, Esquire, Assistant United States Attorney.

                                            **s/Christine A. Freeman**
                                            **CHRISTINE A. FREEMAN**
                                            **TN BAR NO.: 11892**
                                            Attorney for Alexis Herrera-Flores
                                            Federal Defenders
                                            Middle District of Alabama
                                            201 Monroe Street, Suite 407
                                            Montgomery, AL 36104
                                            TEL:  (334) 834-2099
                                            FAX:  (334) 834-0353
                                            E-Mail: Christine_Freeman@fd.org