IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CASE NO: 3:07-cr-80-WHA |
| ) | |
| ALEXIS RAMON HERRERA-FLORES ) | |

### MOTION TO RESCHEDULE PLEA

Comes now the Defendant, by undersigned counsel, and respectfully requests this Court to enter an order rescheduling the guilty plea, presently set for Monday, April 14, at 2:00 p.m.

As grounds for this Motion, counsel would show:

Counsel for the defendant is unavailable, due to participation in the on-going trial of Lorenzo Rainer, Case No. 02:07-cr-151-MEF..

    Respectfully submitted,

    s/Christine A. Freeman
    CHRISTINE A. FREEMAN
    TN BAR NO.: 11892
    Attorney for Alexis Ramon Herrera-Flores
    Federal Defenders
    Middle District of Alabama
    201 Monroe Street , Suite 407
    Montgomery, AL 36104
    TEL:  (334) 834-2099
    FAX:  (334) 834-0353
    E-Mail: Christine_Freeman@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on April 13, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Nathan D. Stump, Esquire, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Alexis Ramon Herrera-Flores
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org