IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:07cr80-WHA |
| | ) | |
| ALEXIS RAMON HERRERA-FLORES | ) | |

## ORDER

Upon consideration of defendant's motion to reschedule plea (Doc. # 35), filed April 13, 2008, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. The change of plea previously scheduled for April 14, 2008 is rescheduled for 11:00 a.m. on April 18, 2008 in Courtroom 5B, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The Clerk is directed to provide a court reporter and interpreter for this proceeding. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for this proceeding.

DONE, this 16th day of April, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE