IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 3:07cr080-WHA |
| ALEXIS RAMON HERRERA-FLORES ) | |

## ORDER

This case is before the court on the Unopposed Motion to Continue Sentencing (Doc. #45), filed by the Defendant on June 20, 2008. Upon consideration, it is hereby ORDERED as follows:

1. The motion will be heard at the time set for sentencing, July 2, 2008, at 2:00 p.m.

2. Defense counsel is DIRECTED to file the Defendant's Motion to Withdraw Plea promptly, and that motion will be heard at the same time.

DONE this 23rd day of June, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE