IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No.: 3:07-cr-80-WHA |
| | ) | |
| **ALEXIS RAMON HERRERA-FLORES** | ) | |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Kevin L. Butler, and enters his appearance on behalf of the Defendant, **ALEXIS RAMON HERRERA-FLORES**, in the above-styled case.

Dated this 1st day of July 2008.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 1, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Nathan Stump, Assistant United States Attorney.

                                  Respectfully submitted,

                                  s/ Kevin L. Butler  
                                  KEVIN L. BUTLER  
                                  First Assistant Federal Defender  
                                  201 Monroe Street, Suite 407  
                                  Montgomery, Alabama 36104  
                                  Phone: (334) 834-2099  
                                  Fax: (334) 834-0353  
                                  E-mail: kevin_butler@fd.org  
                                  AZ Bar Code: 014138