IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 3:07-cr-80-WHA |
| ) | |
| ALEXIS RAMON HERRERA-FLORES ) | |

### NOTICE OF INSANITY DEFENSE

COMES NOW Alexis Ramon Herrera-Flores, by and through undersigned counsel, John Keller, and pursuant to Fed. R. Crim. P. 12.2 informs the Court that he may rely upon a defense of insanity.

Dated this 22nd day of August, 2008.

Respectfully submitted,

s/ John Keller
JOHN KELLER
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: john_keller@fd.org
IL Bar Code: 6293104

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Case No.: 3:07-cr-80-WHA |
| ) | |
| **ALEXIS RAMON HERRERA-FLORES** ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Nathan D. Stump, Esquire
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104

Respectfully submitted,

s/ John Keller
JOHN KELLER
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: john_keller@fd.org
IL Bar Code: 6293104