IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CR NO. 3:07cr80-WHA |
| | ) | |
| ALEXIS RAMON HERRERA-FLORES, | ) | |

**ORDER**

Upon consideration of the Unopposed Motion to Continue Trial (Doc. #60), and for the reason that the parties are in need of additional time for mental evaluations of the Defendant, the court finds that the ends of justice to be served by granting the requested continuance outweigh the rights of the Defendant and the public to a speedy trial.  Therefore, the Motion is GRANTED, and it is hereby

ORDERED that the trial of the Defendant is CONTINUED from the term of the court commencing September 15, 2008, and reset to the term of court commencing November 17, 2008 in Opelika, Alabama.

DONE this 27th day of August, 2008.

    /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE